In the Matter of the Construction of the Will of EUGENE HIGGINS, Deceased. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of and Trustee under the Will of EUGENE HIGGINS, Deceased, et al., Appellants; HELENE R. CHAPPELLE et al., Respondents.

Argued May 21, 1952; decided June 6, 1952.

*Richard S. Baxter* for United States Trust Company of New York, as executor of and trustee under the will of Eugene Higgins, deceased, appellant.

*Louis Connick* for Harvard University and others, appellants.

*Ethan A. Hitchcock* and *Lee McCanliss* for Helene R. Chappelle, respondent.

*Milton Schilback* for Edmee Chappelle, respondent.

*David Du Vivier* for United States Trust Company of New York, as trustee under indentures of trust of Eugene Higgins, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.